MORGAN, LEWIS & BOCKIUS LLP
BRIAN T. ORTELERE (pro hac vice)
bortelere@morganlewis.com
MATTHEW A. RUSSELL (pro hac vice)
matthew.russell@morganlewis.com
STEPHANIE R. REISS (pro hac vice)
stephanie.reiss@morganlewis.com
JOSEPH V. MARRA III (SBN 238181)
joseph.marra@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendants
COM DEV USA, LLC; COM DEV USA,
LLC EMPLOYEE BENEFIT PLANS
COMMITTEE; COM DEV USA
RETIREMENT PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TOM, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COM DEV USA, LLC; COM DEV USA, LLC EMPLOYEE BENEFIT PLANS COMMITTEE; COM DEV USA RETIREMENT PLAN, <br><br> Defendants. | Case No. 2:16-CV-01363 PSG(GJSx) <br><br> [Hon. Philip S. Gutierrez] <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE EXPERT HOLLAND'S REPORT** <br><br> Date:    March 20, 2017 <br> Time:    1:30 pm <br> Judge:   Hon. Philip S. Gutierrez <br> Crtm.:   880 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90629269.1

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 10, 2017, at 1:30 p.m. or as soon thereafter as the matter may be heard, in Courtroom 880 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, 90012, before the Honorable Philip S. Gutierrez, Defendants Com Dev USA, LLC, Com Dev USA, LLC Employee Benefit Plans Committee, and Com Dev USA Retirement Plan ("Com Dev" or "Defendants") will and hereby do respectfully move the Court for an order granting that Plaintiff's proposed expert witness James Holland's ("Holland") Report in support of Plaintiff's Cross-Motion for Summary Judgment be stricken.

Plaintiff Curtis Tom seeks to have an actuary, James Holland, opine on a number of legal issues in support of his Motion for Summary Judgment against Defendants, including whether the Committee's interpretation of the Plan is permissible under the Employee Retirement Income Security Act ("ERISA") and its enacting regulations, and the proper way to interpret the Plan language at issue. Because all of Holland's opinions fail to satisfy the requirements of Fed. R. Evid. 702, as interpreted by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), his Report should be stricken.

For these reasons, as more fully laid out in Defendants' Memorandum in Support of Their Motion to Strike the Report of James Holland, Defendants respectfully request that the Court grant their motion to strike Holland's Report.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which occurred on January 31, 2017. It is the understanding of Defendants' counsel that Plaintiff's counsel intend to oppose this motion.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90629269.1

1

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO STRIKE EXPERT
HOLLAND'S REPORT

This motion will be based on this Notice of Motion and Motion, and Defendants' Memorandum in Support of Their Motion to Strike the Report of James Holland, and all other matters which may be judicially noticed or adduced at the hearing on this matter.

Dated:        February 9, 2017                    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Stephanie R. Reiss
Stephanie R. Reiss
Joseph V. Marra III
Brian T. Ortelere
Matthew A. Russell
Attorneys for Defendants COM DEV
USA, LLC; COM DEV USA,
LLC EMPLOYEE BENEFIT PLANS
COMMITTEE; COM DEV USA
RETIREMENT PLAN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90629269.1

2

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO STRIKE EXPERT
HOLLAND'S REPORT