RUSH



E-FILED
JUN -1 2017
Document # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TOM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COM DEV USA, LLC; COM DEV USA, LLC EMPLOYEE BENEFIT PLANS COMMITTEE; COM DEV USA RETIREMENT PLAN,<br><br>Defendants. | Case No. 2:16-cv-01363 PSG(GJSx)<br><br>[PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND STIPULATION RE: STAY OF PROCEEDINGS PENDING PRELIMINARY APPROVAL |

The Court, having considered the parties Notice of Settlement and Stipulation regarding Stay of Proceedings Pending Preliminary Approval, and for good cause shown, HEREBY ORDERS AS FOLLOWS:

1. Plaintiff shall file a motion for preliminary approval of settlement and class certification by July 14, 2017.

2. All deadlines and resolution of all other outstanding motions in this case shall be stayed until the Court resolves the motion for preliminary approval.

DB1/ 92386338.3

**IT IS SO ORDERED**

Dated: 6/1/17

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT JUDGE