E-FILED
JUL 21 2017
Document #

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CURTIS TOM, | Case No. 2:16-cv-01363 PSG (GJSx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON JOINT REQUEST FOR LEAVE TO EXCEED PAGE LIMITATION ON CONSOLIDATED MEMORANDUM IN IN SUPPORT OF JOINT MOTION FOR CLASS ACTION CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| v. | |
| COM DEV USA, LLC, et al., | |
| Defendants. | |

The Court, having considered the Parties' Joint Request for Leave to Exceed Page Limitation on Consolidated Memorandum In Support of Joint Motion for Class Action Certification and Preliminary Approval of Class Action Settlement and for good cause shown,

IT IS HEREBY ORDERED that the Joint Request is granted and that the parties may file a Consolidated Memorandum In Support of Joint Motion for Class Action Certification and Preliminary Approval of Class Action Settlement of 27 pages, exclusive of attachments, the cover, table of contents and table of authorities.

Dated: 7/21/17

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT JUDGE