SUSAN MARTIN (*Pro Hac Vice*)
  smartin@martinbonnett.com
JENNIFER KROLL (*Pro Hac Vice*)
  jkroll@martinbonnett.com
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone:  (602) 240-6900
Facsimile:   (602) 240-2345

PETER K. STRIS (SBN 216226)
  peter.stris@strismaher.com
VICTOR O'CONNELL (SBN 288094)
  victor.oconnell@strismaher.com
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone:  (213) 995-6800
Facsimile:   (213) 261-0299

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CURTIS TOM, | Case No. 2:16-cv-01363 PSG(GJSx) |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR MOTION FOR ATTORNEYS' FEES, COSTS AND REQUEST FOR CASE CONTRIBUTION AWARD** |
| v. | |
| COM DEV USA, LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that on December 4, 2017 at 1:30 p.m. in Courtroom 880 of the above-entitled Court, located at 350 West 1st St., Courtroom 6A, 6th Floor, Los Angeles, California, 90012-4565, before the Honorable Philip S. Gutierrez, Plaintiff CURTIS TOM, by and through their undersigned counsel of record, will move the Court for an award of attorneys' fees, costs and for a case contribution award to the Named Plaintiff.

Pursuant to Fed. R. Civ. P. 23(h), the Class Action Settlement Agreement

("Agreement"), Dkt. # 147-1, the provisions of the Agreement and the Court's September 18, 2017 Order preliminarily approving the Agreement (Dkt. # 149), Plaintiff and Class Counsel hereby respectfully request that the Court grant Plaintiff's Motion for Attorneys' Fees, Costs and Case Contribution Award requesting an award of attorneys' fees of 30% of the Settlement Fund plus reimbursement of costs and expenses reasonably incurred in this litigation and a Case Contribution Award for Named Plaintiff in the amount of $35,000 for his significant and excellent work on behalf of the Class.

This motion is supported by the accompanying Memorandum of Points and Authorities together with the declarations of Susan Martin dated October 30, 2017, Peter K. Stris, Curtis Tom, Ronald Dean, Jeffrey Lewis and Eli Gottesdiener filed herewith and the record before the Court.

For the reasons set forth in the Memorandum in support of this motion, Plaintiff respectfully requests that the Court grant Class Counsel's Fee Application and Request for Case Contribution Award and award Class Counsel a total of $1,309,412.23, which is $1,225,500 in attorneys' fees and $83,912.23 in costs and expenses, and $35,000 as a Case Contribution Award to be paid out of the common fund.

Dated: October 30, 2017                MARTIN & BONNETT, PLLC

                                       By: s/Susan Martin
                                           Susan Martin (*Pro Hac Vice*)
                                           Attorneys for Plaintiff CURTIS TOM