UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TOM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COM DEV USA, LLC; COM DEV USA, LLC EMPLOYEE BENEFIT PLANS COMMITTEE; COM DEV USA RETIREMENT PLAN,<br><br>Defendants. | Case No. 2:16-cv-01363 PSG(GJSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND CASE CONTRIBUTION AWARD** |

The Court, having considered Plaintiff's Motion for Attorneys' Fees, Costs and Case Contribution Award and for the reasons set forth in the Order granting Final Approval of the Settlement,

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees, Costs and Case Contribution Award is granted.

DATED: _____     _____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE