| | |
|---|---|
| 1 | SUSAN MARTIN (*Pro Hac Vice*) |
| | smartin@martinbonnett.com |
| 2 | JENNIFER KROLL (*Pro Hac Vice*) |
| | jkroll@martinbonnett.com |
| 3 | MARTIN & BONNETT, PLLC |
| | 4647 N. 32nd St., Suite 185 |
| 4 | Phoenix, AZ 85018 |
| | Telephone: (602) 240-6900 |
| 5 | Facsimile: (602) 240-2345 |
| 6 | PETER K. STRIS (SBN 216226) |
| | peter.stris@strismaher.com |
| 7 | VICTOR O'CONNELL (SBN 288094) |
| | victor.oconnell@strismaher.com |
| 8 | STRIS & MAHER LLP |
| | 725 South Figueroa Street, Suite 1830 |
| 9 | Los Angeles, CA 90017 |
| | Telephone: (213) 995-6800 |
| 10 | Facsimile: (213) 261-0299 |
| 11 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CURTIS TOM, | Case No. 2:16-cv-01363 PSG(GJSx) |
|---|---|
| Plaintiff, | **NOTICE OF PLAINTIFF'S MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND ENTRY OF FINAL JUDGMENT** |
| v. | |
| COM DEV USA, LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that on December 4, 2017 at 1:30 p.m, in Courtroom 880 of the above-entitled Court, located at 350 West 1st St., Courtroom 6A, 6th Floor, Los Angeles, California, 90012-4565, before the Honorable Philip S. Gutierrez, Plaintiff CURTIS TOM, by and through their undersigned counsel of record, will move the Court for final approval of the class action settlement in this matter and for entry of final judgment.

The proposed order and judgment providing final approval to the class action settlement was previously submitted as Exhibit F to the Settlement Agreement, Dkt. # 147-2, and for the convenience of the Court is submitted herewith.

This motion is made pursuant to Rule 23 (e), as set forth in the accompanying Memorandum of Points and Authorities. Plaintiff submits that the Settlement is fair and reasonable and in the best interests of the Settlement Class and that the Notice provided to Settlement Class members satisfied the requirements of Rule 23 and is otherwise consistent with the requirements of due process.

Accordingly, Plaintiff respectfully requests that the Court grant final approval of the Settlement Agreement and enter the proposed order and judgment.

Dated: October 30, 2017

MARTIN & BONNETT, PLLC

By: /s/Susan Martin
Susan Martin
Jennifer Kroll
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
*Admitted Pro Hac Vice*

Peter K. Stris
Victor O'Connell
Thomas E. Logan
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017

*Attorneys for Plaintiff*